Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE J. SMITH, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of THEODORE PETERKIN, Respondent, against ROSEMORE COAT COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down June 16, 1959 (8 A D 2d 915), dismissing appeal conditionally vacated and motion to dismiss appeal denied, without costs, without prejudice to its renewal. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVADOR PASSANTE, Appellant, against DEPARTMENT OF CORRECTION et al., Respondents.— Motion for leave to prosecute appeal as a poor person and for assignment of counsel denied. Motion for an extension of time within which to perfect appeal granted and time extended for 90 days. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against CARLTON RAY THIERRY, Appellant.— Application for an extension of time within which to perfect appeal granted and time is extended until the March 1960 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER BUZZETTI, Appellant.— Application for an extension of time within which to perfect appeal granted and time extended for 90 days. Application in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of GERTRUDE C. BOREY, Petitioner, against ARTHUR LEVITT, as Comptroller of the State of New York, Respondent.— Motion to dismiss proceeding under article 78 of the Civil Practice Act granted, unless petitioner files note of issue and files and serves record and brief on or before December 10, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of MARY LUCAS, Petitioner, against ARTHUR LEVITT, as Comptroller of the State of New York, Respondent.— Motion to dismiss proceeding under article 78 of the Civil Practice Act granted, unless petitioner files note of issue, and files and serves record and brief on or before December 10, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

R. WILBUR SMITH et al., Appellants, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Motion for an extension of time within which to perfect appeal. Motion denied, without costs, as academic. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

JOHN MITCHELL et al., Appellants, v. COCA-COLA BOTTLING CO., Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before October 20, 1959, and are ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.